111 A.3d 97

IN THE MATTER OF BENJAMIN MORTON, AN ATTORNEY
AT LAW (ATTORNEY NO. 050681998).

April 14, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **BENJAMIN MORTON** of **NEWARK,** who was admitted to the bar of this State in 1998, and who was suspended from the practice of law for a period of three months, effective January 6, 2015, by Order of this Court filed December 10, 2014, be restored to the practice of law, effective immediately.